**FILED**

MAR 0 3 2020

Clerk, U.S. District Court
District Of Montana
Missoula



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

SHEENA LABRECHE,

   Plaintiff,

vs.

MOUNTAIN WEST FARM BUREAU
MUTUAL INSURANCE COMPANY;
CORPORATIONS A, B, AND C; and
JOHN DOES 1 THROUGH 10,

   Defendants.

CV 19–203–M–DWM

ORDER

Defendant Mountain West Farm Bureau having moved unopposed to remand this case to state court,

IT IS ORDERED that the motion (Doc. 9) is GRANTED. This matter is REMANDED to the Montana Fourth Judicial District Court, Missoula County. The preliminary pretrial conference set for April 29, 2020, is VACATED. The Clerk of Court is directed to transfer the file to the state court and close this case.

DATED this 2nd day of March, 2020.

13:24 P.M.

Donald W. Molloy, District Judge
United States District Court